# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL EDWARD JOHNSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>　　　　　Defendant. | 8:23CV216<br><br>ORDER |

    This matter is before the Court following a telephone conference held with counsel for the parties on October 4, 2024, before Magistrate Judge Michael D. Nelson regarding a dispute over proper comparators and redactions of their sensitive personal information. The parties submitted dispute statements regarding their positions in advance of the conference, which are attached to this Order. The Court generally ruled in favor of Defendant on this dispute. Specifically, the Court found Defendant's compromise to remove the redactions regarding employees who are individuals with the same position as the Plaintiff (i.e. facing the same safety hazards at work and subject to the same safety policies) and with the same medical condition, specifically, neurological issues, was appropriate. Defendant may redact the employees' identification number and use initials instead of their full names.

    **IT IS SO ORDERED.**

Dated this 4th day of October, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge