# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL EDWARD JOHNSON,<br><br>              Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>              Defendant. | 8:23CV216<br><br>ORDER |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 93) is granted and Charles A. Delbridge is deemed withdrawn as counsel of record for Plaintiff in this case. The Clerk of Court shall terminate electronic notice to Charles A. Delbridge in this case.

Dated this 16th day of October, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge