IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL EDWARD JOHNSON,

    Plaintiff,

vs.

UNION PACIFIC RAILROAD CO.,

    Defendant.

8:23CV216

ORDER

This matter came on for a jury trial concluding on May 9, 2025. The jury rendered its verdict in favor of Defendant on May 12, 2025. Filing No. 160. The Court enters this Order addressing certain outstanding issues.

Defendant's oral motion for judgment as a matter of law pursuant to Rule 50(a) is denied as moot in light of the jury verdict in its favor. See Fed. R. Civ. P. 50 (advisory committee note to the 1991 amendment indicating "a jury verdict for the moving party moots the" Rule 50 motion); *Silva v. Chung*, No. CV 15-00436 HG-KJM, 2019 WL 11234196, at *2 (D. Haw. June 19, 2019) (collecting cases).

Plaintiff's oral motion for judgment as a matter of law pursuant to Rule 50(a) is denied without prejudice to his ability to reassert a renewed motion for judgment as a matter of law under Rule 50(b).

Plaintiff's request for equitable relief, Filing No. 1 at 13, is denied in light of the jury's verdict finding no liability for Defendant.

IT IS ORDERED:

1) The parties' oral motions for judgment as a matter of law under Fed. R. Civ. P. 50(a) are denied.

2) Plaintiff's request for equitable relief is denied.

3) The Court will enter a separate judgment.

Dated this 13th day of May, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge
