IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL EDWARD JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>    Defendant. | **8:23CV216**<br><br>**ORDER TO DESTROY** |

Counsel for the defendant notified the court on July 14, 2025, that counsel wishes the following exhibits held by the court in this matter to be destroyed.

  Defendant's Trial Exhibits from jury trial held May 5-9, 2025

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

  IT IS SO ORDERED.

  DATED: July 14, 2025

                    BY THE COURT:

                    <u>s/ Joseph F. Bataillon</u>

                    Senior United States District Judge